AO 91 (Rev.5/85) - Criminal Complaint

# United States District Court         E-FILING

__NORTHERN__ DISTRICT OF __CALIFORNIA__

2008 JAN 10 A 11: 10

UNITED STATES OF AMERICA

V.

Abel GALLARDO-Macias

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**CRIMINAL COMPLAINT**

**08 70010 HRL**

(Name and Address of Defendant)

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __July 3, 2007__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__

I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
                                   Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant

APPROVED AS TO FORM: _____
                       ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__1/10/08__                                    at   __San Jose, California__
  Date                                                  City and State

**HOWARD R. LLOYD**
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                  Signature of Judicial Officer

RE: Abel GALLARDO-Macias                                                                    A 77 178 123

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1) The DEFENDANT Abel GALLARDO-Macias (*AKA: Jesus GONZALEZ*) is a 30 year-old single male whose date of birth is currently understood to be August 5, 1976. He is a citizen and native of Aguascalientes, Mexico as substantiated by a sworn statements made to that effect on; 10/16/2003, 4/20/2004, 7/13/2006 and again on 7/3/2007, by the DEFENDANT during an interview that was initiated on July 3, 2007 at Santa Clara County Jail by ICE Immigration Enforcement Agent (IEA) Jesse Cruz of the San Jose, California DRO Sub-Office;

(2) The DEFENDANT has been assigned Alien Registration number of A 77 178 123, FBI number of 130068AB4, and California Criminal State ID Number of 110081044;

(3) On July 11, 1995, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following offenses: POSSESS/ETC BURGLARY TOOLS, a misdemeanor, in violation of California Penal Code Section 466 *and* BURGLARY 2ND DEGREE, a felony, in violation of California Penal Code Section 460(C), for which the DEFENDANT was sentenced to one-hundred and eleven days in jail;

(4) On April 24, 1996, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following felony offense: RECEIVE/ETC KNOWN STOLEN PROPERTY, in violation of California Penal Code Section 496, for which the DEFENDANT was sentenced to six months in jail;

(5) On August 5, 1998, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following felony offense: BURGLARY 2ND DEGREE, in violation of California Penal Code Sections 459/460(B), for which the DEFENDANT was sentenced to one year and four months;

(6) On April 29, 1999, the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director San Diego, California and ordered deported from the United States to Mexico;

RE: Abel GALLARDO-Macias										A 77 178 123

(7)  On June 16, 2003, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following felony offense: BURGLARY W/PRIOR PRISON, in violation of California Penal Code Sections 459/460(D), for which the DEFENDANT was sentenced to one year and four months;

(8)  On May 6, 2004, the DEFENDANT was determined to be unlawfully present in the United States by the INS District Director San Diego, California and ordered deported from the United States to Mexico;

(9)  On April 24, 2006, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following misdemeanor offenses: OBSTRUCT/ETC PUBLIC OFFICER, in violation of California Penal Code Section 148(A)(1) *and* BATTERY PEACE OFC/EMER PERSNL/ETC, in violation of California Penal Code Section 242/243(B), and sentenced to sixty days in jail;

(10) On May 26, 2006, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following felony offenses: BATTERY AGAINST A POLICE OFFICER, in violation of California Penal Code Section 242/243 (C)(2) *and* OBSTRUCT/RESIST POLICE OFFICER, in violation of California Penal Code Section 69, for which the DEFENDANT was sentenced to three hundred days in jail;

(11) On August 18, 2006, the DEFENDANT was determined to be unlawfully present in the United States by the DRO/ICE Field Office Director, San Francisco, California, and ordered deported from the United States to Mexico;

(12) On July 19, 2007, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following felony offense: PERJURY, in violation of California Penal Code Section 118, for which the DEFENDANT was sentenced to 3 years in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(S);

(13) On September 20, 2007, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following felony offense: POSSESSION OF A CONTROLLED SUBSTANCE, in violation of California Health and Safety Code Section 11377(A), for which the DEFENDANT was sentenced to four months in jail;

RE: Abel GALLARDO-Macias                                                          A 77 178 123

(14) On, July 3, 2007, the Defendant was encountered by IEA Jesse Cruz, at Santa Clara County Jail, and determined to be unlawfully present in the United States after a prior deportation. IEA Cruz read the DEFENDANT of his **Miranda** rights in the Spanish language. The DEFENDANT waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Secretary of the Department of Homeland Security or the United States Attorney General to reenter the United States;

(15) The DEFENDANT'S official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

(16) Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.

_____
Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 10 day of Jan., 2008

_____
Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE